# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOE McKINLEY JONES, JR.
ADC #108478                                                          PETITIONER

v.                          No. 5:18-cv-102-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

**1.** Motion to appoint counsel, № 3, denied. Jones has ably represented himself thus far; and neither the facts nor the claims are complex enough to warrant appointed counsel. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

**2.** On *de novo* review, the Court adopts the recommendation, № 6, and overrules Jones's objections, № 7. FED. R. CIV. P. 72(b)(3). Jones's petition is a successive one; he can't file it without permission from the United States Court of Appeals for the Eighth Circuit. And if Jones wants to request a writ of error *coram nobis*, № 7 at 1 & 3, this Court lacks jurisdiction. *Leggett v. Arkansas*, 231 Ark. 13, 17, 328 S.W.2d 252, 255 (1959). Jones's motion for leave to proceed *in forma pauperis*, № 1, is denied. His petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

**3.** This Court doesn't have the authority to extend the deadline for filing a petition for a writ of *certiorari*. SUP. CT. R. 13(5). Motion, № 8, denied without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 May 2018