# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JOE McKINLEY JONES, JR.**
**ADC #108478**                                          **PETITIONER**

v.                          **No. 5:18-cv-102-DPM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**          **RESPONDENT**

## JUDGMENT

Jones's petition is dismissed without prejudice.

_D.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_15 May 2018_