IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE McKINLEY JONES, JR.
ADC #108478                                                              PETITIONER

v.                          No. 5:18-cv-102-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

### ORDER

Motion to dismiss, № 21, denied as moot. It appears Jones intended to file his motion in the United States Court of Appeals for the Eighth Circuit. In any event, that Court has entered its Judgment and issued its mandate. № 19 & № 20. This case is closed.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2018