# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOE McKINLEY JONES, JR.
ADC #108478                                                          PETITIONER

v.                          No. 5:18-cv-102-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

Motion to reopen, № 23, denied. This case is closed; and nothing in Jones's new paper warrants relief from this Court's May 2018 Judgment.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2019